IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MUSTAFA MCCLOUD,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>M.D. OVERMYER, et al.,<br><br>　　　　　　　Defendants. | CIVIL ACTION<br>NO. 14-6948 |

## **ORDER**

**AND NOW**, this 4th day of June 2018, upon consideration of the Petition for Writ of Habeas Corpus (Doc. No. 1) and the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski (Doc. No. 33), it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. Respondents' Motion to Stay Pending Habeas Corpus Action (Doc. No. 30) is **GRANTED**.

3. The Petition for Habeas Corpus (Doc. No. 1) is **STAYED** and **HELD IN ABEYANCE** while Petitioner litigates his PCRA petition in the state courts.

4. Petitioner shall notify the District Court within thirty days of the conclusion of state court proceedings. At that time, Petitioner shall provide a written status report detailing the conclusion of his state court proceedings, and include a copy of the

relevant state court disposition. Petitioner shall inform the District Court whether the state court proceedings impacted his habeas petition in any way.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.