IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MUSTAFA MCCLOUD,** | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | NO.   14-cv-6948 |
| | : | |
| **M.D. OVERMYER, et al.,** | : | |
| Respondents. | : | |

## O R D E R

**AND NOW**, this 31st day of May 2022, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, noting no party has objected, it is **ORDERED** that:

1.   The Report and Recommendation is **APPROVED** and **ADOPTED**.

2.   The petition for writ of habeas corpus is **STAYED** and held in **ABEYANCE** while Petitioner litigates his PCRA petition in the state courts. The Clerk of Court shall place this case in **SUSPENSE.**

3.   Petitioner shall notify the District Court within thirty days of the conclusion of the state court proceedings. At that time, Petitioner shall provide a written status report detailing the conclusion of his state court proceedings, and include a copy of the relevant state court disposition. Petitioner shall inform the District Court whether the state court proceedings impacted his habeas petition in any way.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY,   J.